This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | Key | |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 | Pages with level AA issues are very difficult to use |
| AAA | 🟠 | | 🟠 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

# Level A

13 issues on 1244 pages

🔴 **Headings should not be empty.**

Add visible text to the heading, or `alt` text if the heading contains an image. Screen readers read out page headings, allowing users to quickly skip to a section, but some older screen readers do not ignore empty headings.

https://shophouzz.com/policies/shipping-policy

WCAG 2.1 A 1.3.1
Section 508 (2017) A 1.3.1

Line 7850

1 pages

🔴 **HTML form control has no accessible name.**

A label (or name) linked to the control allows screen readers to voice the label correctly when reading the control. To add a label do one of the following:

- Use a `label` element with the `for` attribute set to the ID of the form control
- Wrap a `label` element around the form control
- Add a `title` attribute
- Add an `aria-label` attribute
- Add an `aria-labelledby` attribute

WCAG 2.1 A F68
Section 508 (2017) A F68

4.1.2

845 pages

https://shophouzz.com/products/30hx20w-arch-shape-stainless-steel-framed-mirror-satin-brass-prvw-vr-170458909 — Line 10176

https://shophouzz.com/products/3-light-medium-semi-flush-mount-in-transitional-style-145-inches-wide-by-10-prvw-vr-179331869 — Line 10063

https://shophouzz.com/products/48-ivory-composite-dining-table-with-4-wheat-rope-chairs-prvw-vr-193062519 — Line 10350

https://shophouzz.com/products/6-light-chandelier-matte-black-matte-black-prvw-vr-196823769 — Line 10030

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://shophouzz.com/products/belinda-beech-wood-and-oak-veneer-dining-table-oak-54-w-x-54-d-1-table-prvw-vr-198343253 | Line 10779 | |
| | https://shophouzz.com/products/bellingham-3-light-antique-gold-leaf-large-semi-flush-prvw-vr-198012511 | Line 11162 | |
| | https://shophouzz.com/products/brandyss-nightstand-natural-prvw-vr-203309795 | Line 10912 | |
| | https://shophouzz.com/products/burke-counter-stool-cream-vegan-leather-walnut-veneer-metal-dowel-prvw-vr-201015560 | Line 10749 | |
| | https://shophouzz.com/products/cerrito-bathroom-vanity-natural-oak-84-double-without-mirror-prvw-vr-207665093 | Line 11519 | |
| | https://shophouzz.com/products/deville-fabric-upholstered-wood-and-cane-255-inch-counter-stools-set-of-2-beige-prvw-vr-204507051 | Line 11022 | |
| | https://shophouzz.com/products/farmhouse-painted-gold-6-light-unique-hand-woven-oversize-pendant-light-prvw-vr-204802200 | Line 11010 | |
| | https://shophouzz.com/products/home-living-54-single-bathroom-vanity-natural-oak-prvw-vr-204615947 | Line 11629 | |
| | https://shophouzz.com/products/lugano-dining-table-71-transitional-round-ebony-oak-prvw-vr-174949313 | Line 11026 | |
| | https://shophouzz.com/products/madison-park-signature-victoria-nightstand-6-drawer-dresser-prvw-vr-194020907 | Line 11277 | |
| | https://shophouzz.com/products/marigold-vintage-tasseled-area-rug-dark-brown-10x14-prvw-vr-207169487 | Line 10945 | |
| | https://shophouzz.com/products/newburry-tv-stand-brown-prvw-vr-167351744 | Line 10802 | |
| | https://shophouzz.com/products/oza-bath-vanity-with-quartz-stone-top-aged-natural-oak-72-double-vanity-no-mirror-prvw-vr-202041183 | Line 13419 | |
| | https://shophouzz.com/products/sloan-black-velvet-full-bed-brown-king-prvw-vr-198054478 | Line 10835 | |
| | https://shophouzz.com/products/the-wailea-bathroom-vanity-single-sink-42-weathered-fir-freestanding-prvw-vr-188522678 | Line 11439 | |
| | https://shophouzz.com/products/trevino-dining-chair-set-of-2-clarksons-sandchestnut-brown-prvw-vr-203385282 | Line 10600 | |

This issue was found on another 825 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| 🔴 | Identify row and column headers in data tables using `th` elements, and mark layout tables with `role=presentation` . | WCAG 2.1 A F91 Section 508 (2017) A F91 | 845 pages |

Case 1:26-cv-00030-JMF-SN   Document 1-2   Filed 01/05/26   Page 3 of 11

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Data tables allow screen reader users to understand column and row relationships. Layout tables read cells as a series of unrelated paragraphs with no tabular structure. | 1.3.1 | |

Without `th` or `role`, screen readers apply heuristics to decide whether a table is a layout table or data table. These heuristics vary greatly between screen readers, and are affected by browser being used, window size, and font size (so the outcome is very unpredictable without `th` or `role`).

If a data table has headers marked up using `td`, then change these to `th`. If a data table has no headers, add `th` elements describing each row and/or column. If the table is only used for layout add `role=presentation` to the `table` element.

Impact on users:

- JAWS Reading: Treats tables without `th` and `role` as layout tables if the table contains cells above or below certain pixel sizes. This measurement is affected by browser window size, browser font size, and the browser used.
- NVDA Reading: Applies a layout table heuristic to tables without `th` and `role` which varies depending on the browser used and on the window size in some circumstances.
- VoiceOver Reading: Uses a sophisticated heuristic on tables without `th` and `role`, which is similar (but not identical) to the heuristic used by NVDA with Firefox.

| | | |
|---|---|---|
| https://shophouzz.com/products/30hx20w-arch-shape-stainless-steel-framed-mirror-satin-brass-prvw-vr-170458909 | Line 10658 | |
| https://shophouzz.com/products/3-light-medium-semi-flush-mount-in-transitional-style-145-inches-wide-by-10-prvw-vr-179331869 | Line 10591 | |
| https://shophouzz.com/products/48-ivory-composite-dining-table-with-4-wheat-rope-chairs-prvw-vr-193062519 | Line 10868 | |
| https://shophouzz.com/products/6-light-chandelier-matte-black-matte-black-prvw-vr-196823769 | Line 10564 | |
| https://shophouzz.com/products/belinda-beech-wood-and-oak-veneer-dining-table-oak-54-w-x-54-d-1-table-prvw-vr-198343253 | Line 11297 | |
| https://shophouzz.com/products/bellingham-3-light-antique-gold-leaf-large-semi-flush-prvw-vr-198012511 | Line 11692 | |
| https://shophouzz.com/products/brandyss-nightstand-natural-prvw-vr-203309795 | Line 11446 | |
| https://shophouzz.com/products/burke-counter-stool-cream-vegan-leather-walnut-veneer-metal-dowel-prvw-vr-201015560 | Line 11295 | |

Accessibility Validation Report for https://shophouzz.com

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://shophouzz.com/products/cerrito-bathroom-vanity-natural-oak-84-double-without-mirror-prvw-vr-207665093 | Line 12099 | |
| | https://shophouzz.com/products/deville-fabric-upholstered-wood-and-cane-255-inch-counter-stools-set-of-2-beige-prvw-vr-204507051 | Line 11580 | |
| | https://shophouzz.com/products/farmhouse-painted-gold-6-light-unique-hand-woven-oversize-pendant-light-prvw-vr-204802200 | Line 11617 | |
| | https://shophouzz.com/products/home-living-54-single-bathroom-vanity-natural-oak-prvw-vr-204615947 | Line 12156 | |
| | https://shophouzz.com/products/lugano-dining-table-71-transitional-round-ebony-oak-prvw-vr-174949313 | Line 11518 | |
| | https://shophouzz.com/products/madison-park-signature-victoria-nightstand-6-drawer-dresser-prvw-vr-194020907 | Line 11798 | |
| | https://shophouzz.com/products/marigold-vintage-tasseled-area-rug-dark-brown-10x14-prvw-vr-207169487 | Line 11459 | |
| | https://shophouzz.com/products/newburry-tv-stand-brown-prvw-vr-167351744 | Line 11320 | |
| | https://shophouzz.com/products/oza-bath-vanity-with-quartz-stone-top-aged-natural-oak-72-double-vanity-no-mirror-prvw-vr-202041183 | Line 13937 | |
| | https://shophouzz.com/products/sloan-black-velvet-full-bed-brown-king-prvw-vr-198054478 | Line 11349 | |
| | https://shophouzz.com/products/the-wailea-bathroom-vanity-single-sink-42-weathered-fir-freestanding-prvw-vr-188522678 | Line 11965 | |
| | https://shophouzz.com/products/trevino-dining-chair-set-of-2-clarksons-sandchestnut-brown-prvw-vr-203385282 | Line 11118 | |

This issue was found on another 825 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

🔴   `iframe` and `frame` elements must have a `title` attribute.      WCAG 2.1 A 4.1.2    Section 508 (2017) A 4.1.2    1 pages

Add a `title` attribute or ARIA label to each `iframe` and `frame` element (e.g. `title='Main Content'`). Without a title some screen readers read out the frame filename, which is usually meaningless.

Impact on users:

- VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1
  Reading: Meaningless frame title read out.
- VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2
  Reading: Meaningless frame title read out.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

- VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Meaningless frame title read out.
- VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Meaningless frame title read out.

https://shophouzz.com/                                                      Line 8215

 img elements must have an accessible name.        WCAG 2.1 A F65        53 pages
                                                                      Section 508 (2017) A F65

Add an alt attribute describing the image, which screen        1.1.1
readers voice instead of the image. Spacer images and purely
decorative images should use alt="" without any global ARIA
attributes. Do not use alt text containing only spaces since
that's voiced as an unlabeled image.

Impact on users:

- NVDA 2022.2 Chrome 105 Windows 10 Reading: Image ignored.
- NVDA 2022.2 FF102 Windows 10 Reading: Image ignored.
- NVDA 2022.2 Edge 105 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Chrome 94 Windows 10 Reading: Image ignored.
- NVDA 2021.2 FF91 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Edge 94 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Chrome 86 Windows 10 Reading: Image ignored.
- NVDA 2020.2 FF78 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Edge 92 Windows 10 Reading: Image ignored.
- NVDA 2019.2 Chrome 79 Windows 10 Reading: Image unlabeled.
- NVDA 2019.2 FF68 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Chrome 105 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 FF102 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Edge 105 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Chrome 94 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 FF91 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Edge 94 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Chrome 86 Windows 10 Reading: Image ignored.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

- JAWS 2020.2008.24 FF78 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Edge 92 Windows 10 Reading: Image ignored.
- JAWS 2019.1912.1 Chrome 79 Windows 10 Reading: Image unlabeled.
- JAWS 2019.1912.1 FF68 Windows 10 Reading: Image ignored.
- VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1 Reading: Image filename read out.
- VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2 Reading: Image filename read out.
- VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Image filename read out.
- VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Image filename read out.
- VoiceOver iOS 15.6 Safari iOS 15.6 iOS 15.6 Touch: Image filename read out.
- VoiceOver iOS 14.7 Safari iOS 14.7 iOS 14.7 Touch: Image filename read out.
- VoiceOver iOS 13.3 Safari iOS 13.3 iOS 13.3 Touch: Image filename read out.
- VoiceOver iOS 12.4 Safari iOS 12.4 iOS 12.4.1 Touch: Image filename read out.

| URL | Guideline and Line# |
|---|---|
| https://shophouzz.com/account/login | Line 7933 |
| https://shophouzz.com/collections/baby-and-kids | Line 5355 5435 5515 5555 |
| https://shophouzz.com/collections/bath-products | Line 5603 |
| https://shophouzz.com/collections/bathroom-accessories | Line 5383 5405 5427 5449 5471 ... |
| https://shophouzz.com/collections/bathroom-faucets | Line 5463 5485 5507 5529 5594 ... |
| https://shophouzz.com/collections/bathroom-fixtures | Line 5367 5389 5411 5433 5455 ... |
| https://shophouzz.com/collections/bathroom-furniture-and-storage | Line 5789 5811 5855 5877 |
| https://shophouzz.com/collections/bathroom-mirrors | Line 5775 5797 5819 |
| https://shophouzz.com/collections/bedroom-furniture | Line 5389 5433 5477 5542 5577 ... |
| https://shophouzz.com/collections/beds | Line 5775 5797 5819 5841 5863 ... |
| https://shophouzz.com/collections/entryway-furniture | Line 5767 5789 5811 5833 5855 ... |
| https://shophouzz.com/collections/furniture | Line 5571 5611 5651 5811 |
| https://shophouzz.com/collections/home-decor | Line 5835 |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://shophouzz.com/collections/home-office-furniture | Line 5383 5427 5471 5493 5558 ... | |
| | https://shophouzz.com/collections/kitchen-and-dining-furniture | Line 5407 5451 5473 5539 5670 ... | |
| | https://shophouzz.com/collections/living-room-furniture | Line 5421 5487 | |
| | https://shophouzz.com/collections/outdoor-products | Line 5603 5643 | |
| | https://shophouzz.com/collections/rugs | Line 5375 5397 5419 5441 5506 ... | |
| | https://shophouzz.com/collections/showers | Line 5775 5797 5819 5841 5863 ... | |
| | https://shophouzz.com/collections/sofas-and-sectionals | Line 5463 5485 5507 5529 5551 | |

This issue was found on another 33 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition.

| 🔴 | Indicating links using only a text color change does not work for color-blind users. | WCAG 2.1 A F73 Section 508 (2017) A F73 | 9 pages |
| | Remove the text-decoration:none property from your link styles, or add other style attributes in addition to color changes to make links visible to people without color vision. If the non-color cue only happens when the mouse hovers over the link or when the link receives focus, it is still a failure. | 1.4.1 | |
| | https://shophouzz.com/collections/baby-and-kids | Line 5368 5408 5448 5488 5528 ... | |
| | https://shophouzz.com/collections/bedroom-products | Line 5368 5408 5448 5488 5528 ... | |
| | https://shophouzz.com/collections/furniture | Line 5424 5464 5504 5544 5584 ... | |
| | https://shophouzz.com/collections/home-decor | Line 5768 5808 5848 5888 5928 ... | |
| | https://shophouzz.com/collections/home-improvement | Line 5400 5440 5480 5520 5560 ... | |
| | https://shophouzz.com/collections/kitchen-and-dining | Line 5768 5808 5848 5888 5928 ... | |
| | https://shophouzz.com/collections/lighting | Line 5552 5592 5632 5672 5712 ... | |
| | https://shophouzz.com/collections/living-products | Line 5768 5808 5808 5848 5888 ... | |
| | https://shophouzz.com/collections/outdoor-products | Line 5456 5496 5536 5576 5616 ... | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
|  | Links must have an accessible name. | [WCAG 2.1 A F89](#) [Section 508 (2017) A F89](#) 2.4.4 2.4.9 4.1.2 | 31 pages |

A link name allows screen readers to voice what the links does. If there is no link content, or the link content is hidden by CSS, screen readers have nothing to read, so read out the URL instead. To add a name do one of the following:

- Add text between the `a` element start and end tags
- Add an `aria-label` attribute
- Add an `aria-labelledby` attribute
- Add an `img alt` attribute labeling the link if it contains an `img` element

| URL | Lines |
|---|---|
| https://shophouzz.com/ | Line 4220 4228 4236 4244 4252 ... |
| https://shophouzz.com/collections/baby-and-kids | Line 5346 5426 5506 5546 |
| https://shophouzz.com/collections/bath-products | Line 5594 |
| https://shophouzz.com/collections/bedroom-products | Line 5386 5426 5506 5546 |
| https://shophouzz.com/collections/furniture | Line 5562 5602 5642 5802 |
| https://shophouzz.com/collections/holiday-decorations | Line 5450 5494 5538 5582 5622 ... |
| https://shophouzz.com/collections/home-decor | Line 5826 |
| https://shophouzz.com/collections/housekeeping | Line 5346 5386 5426 5466 5506 ... |
| https://shophouzz.com/collections/kitchen-and-dining | Line 5746 5786 5866 6026 |
| https://shophouzz.com/collections/lighting | Line 5610 |
| https://shophouzz.com/collections/living-products | Line 5746 5826 5866 |
| https://shophouzz.com/collections/outdoor-products | Line 5594 5634 |
| https://shophouzz.com/collections/storage-and-organization | Line 5354 5394 5434 5514 5554 ... |
| https://shophouzz.com/pages/ccpa-rights | Line 7987 |
| https://shophouzz.com/products/alpine-lodge-loveseat-prvw-vr-43710824 | Line 10566 |
| https://shophouzz.com/products/baly-acacia-mid-century-platform-king-bed-prvw-vr-166806081 | Line 11578 |
| https://shophouzz.com/products/engage-performance-velvet-sofa-prvw-vr-207668961 | Line 11384 |
| https://shophouzz.com/products/gwen-modern-luxury-jacquard-fabric-upholstered-sculpture-counter-stool-prvw-vr-204071606 | Line 11031 |
| https://shophouzz.com/products/revive-performance-velvet-sofa-prvw-vr-206047678 | Line 11012 |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://shophouzz.com/products/ultra-dining-chair-set-of-2-prvw-vr-188536936 | Line 11022 | |
| | This issue was found on another 11 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
|  | The aria-owns attribute must point to IDs of elements in the same document. | HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 1238 pages |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/ | Line 2103 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/account/login | Line 1569 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/cart | Line 1569 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/armchairs-accent-chairs | Line 1260 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/bed-frames | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/bedroom-furniture | Line 1262 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/bedroom-sets | Line 1260 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/beds | Line 1662 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/coffee-and-accent-tables | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/console-tables | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/dressers | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/entertainment-centers-and-tv-stands | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/footstools-and-ottomans | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/furniture | Line 1318 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/headboards | Line 1660 | |
| | These IDs weren't found: predictive-search-results https://shophouzz.com/collections/holiday-sale | Line 1262 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | These IDs weren't found: predictive-search-results<br>https://shophouzz.com/collections/living-room-furniture | Line 1294 | |
| | These IDs weren't found: predictive-search-results<br>https://shophouzz.com/collections/nightstands-and-bedside-tables | Line 1660 | |
| | These IDs weren't found: predictive-search-results<br>https://shophouzz.com/collections/side-tables-and-end-tables | Line 1660 | |
| | These IDs weren't found: predictive-search-results<br>https://shophouzz.com/collections/sofas-and-sectionals | Line 1350 | |
| | This issue was found on another 1218 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | The label element is blank.<br><br>Add text to the label describing the associated control.<br><br>https://shophouzz.com/ | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2<br><br>1.3.1 2.4.6<br><br>Line 2038 | 1 pages |
| 🔴 | The visual label must appear in the accessible name of links and controls.<br><br>People who use speech control rely on being able to select elements using the visual label displayed on screen. If this isn't part of the accessible name, they can't select elements by name. | WCAG 2.1 A F96<br>Section 508 (2017) A F96<br><br>2.5.3 | 1 pages |
| | Visual label: "Burke Counter Stool, Cream, Vegan Leather, Walnut Veneer Metal Dowel (31) $216.99 Free Shipping" not in "Burke Counter Stool, Cream, Vegan Leather, Walnut Veneer Metal Dowel Burke Counter Stool, Cream, Vegan Leather, Walnut Veneer Metal Dowel 4.8 out 5 stars rating in total 31 reviews (31) $216.99 Free Shipping" "Belinda Beech Wood and Oak Veneer Dining Table, Oak, 54&#34; W X 54&#34; D, 1 Table (1) Sale $1,022.99 $1,311.50 Free Shipping" not in "Belinda Beech Wood and Oak Veneer Dining Table, Oak, 54&#34; W X 54&#34; D, 1 Table Belinda Beech Wood and Oak Veneer Dining Table, Oak, 54&#34; W X 54&#34; D, 1 Table 5 out 5 stars rating in total 1 reviews (1) Sale $1,022.99 $1,311.50 Free Shipping" "Cerrito Bathroom Vanity, Natural Oak, 84&#34; Double, Without Mirror (4) $2,363.99 Free Shipping" not in "Cerrito Bathroom Vanity, Natural Oak, 84&#34; Double, Without Mirror Cerrito Bathroom Vanity, Natural Oak, 84&#34; Double, Without Mirror 5 out 5 stars rating in total 4 reviews (4) $2,363.99 Free Shipping" "6-Light Chandelier, Matte Black, Matte Black (4) $406.99 Free Shipping" not in "6-Light Chandelier, Matte Black, Matte Black 6-Light Chandelier, Matte Black, Matte Black 5 out 5 stars rating in total 4 reviews (4) $406.99 Free Shipping" "Sloan Black Velvet Full Bed, Brown, King (20) | Line 4710 4738 4782 4810 4835 ... | |

Accessibility validation report for https://shophouzz.com/

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | $1,008.99 Free Shipping" not in "Sloan Black Velvet Full Bed, Brown, King Sloan Black Velvet Full Bed, Brown, King 4.8 out 5 stars rating in total 20 reviews (20) $1,008.99 Free Shipping"<br>https://shophouzz.com/ | | |
| 🔴 | This button element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 844 pages |
| 🔴 | Use semantic markup like strong instead of using the CSS font-weight property. | WCAG 2.1 A F2<br>Section 508 (2017) A F2 | 847 pages |
| 🔴 | Use the lang attribute to identify the language of the page. | WCAG 2.1 A 3.1.1<br>Section 508 (2017) A 3.1.1 | 6 pages |

## Level AA

2 issues on 1238 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| 🟠 | Ensure that text and background colors have enough contrast. | WCAG 2.1 AA 1.4.3<br>Section 508 (2017) AA 1.4.3 | 1238 pages |
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the link focus outline. | WCAG 2.1 AA F78<br>Section 508 (2017) AA F78 | 1238 pages |

## Level AAA

3 issues on 1238 pages

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| 🟠 | Avoid specifying a new window as the target of a link with target=_blank. | WCAG 2.1 AAA F22 | 1238 pages |
| 🟠 | Ensure that text and background colors have a 7:1 contrast ratio. | WCAG 2.1 AAA 1.4.6 | 1238 pages |
| 🟠 | Several links on a page share the same link text, but go to different destinations. | WCAG 2.1 AAA 2.4.9 | 1 pages |