UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :

DANTE EVANS, *on behalf of himself and all others*      :
*similarly situated*,                                  :

                               Plaintiff,      :               26-CV-0030 (JMF)

        -v-                           :                  ORDER

CART.COM HOLDINGS 2, LLC, d/b/a SHOP     :
HOUZZ,                                       :

                           Defendant.     :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 7, 2026
      New York, New York                       _____
                                      JESSE M. FURMAN
                                    United States District Judge